

**FILED**

FEB 0 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
_____
DEPUTY CLERK

Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Efrain PADILLA-GUTIERREZ |
| **Docket Number:** | 2:99CR00367-01 |
| **Offender Address:** | Arizona Detention Center |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 12/14/1999 |
| **Original Offense:** | 21 USC 841(a)(1) - Distribution of Heroin<br>8 USC 1226(a) - Deported Alien Found in United States<br>(2 counts) (CLASS C FELONIES) |
| **Original Sentence:** | 48 months BOP; 36-month TSR; $300 S.A. |
| **Special Conditions:** | Warrantless Search; Drug/Alcohol Testing & Treatment; Aftercare Co-Payment; Pager/Cellular Phone Restriction; Cooperate With Immigration Officials. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/10/2003 |
| **Assistant U.S. Attorney:** | To be assigned    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

**RE:   Efrain PADILLA-GUTIEREZ**
      Docket Number:   2:99CR00367-01
      SUPERSEDING PETITION FOR WARRANT OR
      SUMMONS FOR OFFENDER UNDER SUPERVISION

---

## PETITIONING THE COURT

( X )   TO ISSUE A WARRANT
( )     TO ISSUE A SUMMONS
( )     OTHER:

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**   **Nature of Violation**

**Charge 1:**   **New Law Violation**

On January 29, 2006, the offender was arrested at or near Sasabe, Arizona, having illegally re-entered the country after being deported and removed from the United States through El Paso, Texas on February 10, 2003. This is in violation of the general condition the defendant shall not commit another federal, state, or local crime.

**Justification:** The defendant is a flight risk as evidenced by his illegal status in the United States. It is recommended a warrant be issued and placed as a detainer.

**Bail/Detention:** It is recommended the defendant be held without bail.

**RE:   Efrain PADILLA-GUTIEREZ**
   **Docket Number:  2:99CR00367-01**
   **SUPERSEDING PETITION FOR WARRANT OR**
   **SUMMONS FOR OFFENDER UNDER SUPERVISION**

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON:**   February 3, 2006
   Sacramento, California
   TCH:rb

   Respectfully submitted,

   */s/ Teresa C. Hoffman*
   **Teresa C. Hoffman**
   **United States Probation Officer**
   Telephone: (916) 930-4316

**REVIEWED BY:**   */s/ Karen A. Meusling*
   **KAREN A. MEUSLING**
   **Supervising United States Probation Officer**

RE:   Efrain PADILLA-GUTIEREZ
      Docket Number:  2:99CR00367-01
      **SUPERSEDING PETITION FOR WARRANT OR**
      **SUMMONS FOR OFFENDER UNDER SUPERVISION**

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

(X)   The issuance of a warrant      ( ) Bail set at $____      (X) No Bail

( )   The issuance of a summons (copy to Defense Counsel).

## FURTHER PROCEEDINGS REGARDING CUSTODY:

( )   Defendant is ordered detained, to be brought before District Judge forthwith.

(X)   Initial appearance and detention hearing before Magistrate Judge.

2/3/06                                     /s/ Signature of Judicial Officer
Date

cc:   United States Probation
      To be assigned, Assistant United States Attorney
      Defense Counsel, to be assigned
      United States Marshal Service

Attachment: Presentence Report   (Sacramento only)

RE:   Efrain PADILLA-GUTIERREZ
      Docket Number:  2:99CR00367-01
      **STATEMENT OF EVIDENCE**

**STATEMENT OF EVIDENCE OF ALLEGED
PROBATION VIOLATIONS**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

             RE:   **Efrain PADILLA-GUTIERREZ
      Docket Number:  2:99CR00367-01**

Your Honor:

In addition to a copy of the **Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named probationer is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:  NEW LAW VIOLATION**

   **A.  Evidence:**

      (1) Criminal Complaint filed January 31, 2006, in the District of Arizona, alleging a violation of 8 USC 1326 - Deported Alien Found in the United States.

RE: **Efrain PADILLA-GUTIERREZ**
 Docket Number: 2:99CR00367-01
 <u>STATEMENT OF EVIDENCE</u>

      B.   Witnesses:

            (1)   None.

Respectfully submitted,

*/s/ Teresa C. Hoffman*
**TERESA C. HOFFMAN**
United States Probation Officer

DATED: February 3, 2006
Sacramento, California
TCH:rb

REVIEWED BY: */s/ Karen A. Meusling*
**KAREN A. MEUSLING**
Supervising United States Probation Officer

## REVOCATION GUIDE - PROBATION

**Offender Name:**   Efrain PADILLA-GUTIERREZ   **Docket Number:**   2:99CR00367-01

**Date of original offense:**   Count 3: 8/18/99; Count 4: 07/01/99; Count 5: 08/18/99

**Statutory maximum imprisonment for original offense:** 20 years

**Highest grade of violation alleged:**   B

**Criminal History Category of offender:**   IV

**Original guideline range:** 46 to 57 **months.**

**Chapter 7 range of imprisonment:** 12 to 18 months.

**Violation requires mandatory revocation: YES: ___ NO: _X_ .**

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum for the original offense. Court must consider but is not bound by Chapter 7 ranges. Reasons for the length of revocation sentence should be stated on the record.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3565 instructs that supervision shall be revoked upon a finding of:  1) Possession of a firearm; 2) Possession of a controlled substance; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

TCH:rb

## PERSONAL HISTORY OF ABSCONDER

| | | | |
|---|---|---|---|
| **TO:** | U.S. Marshal, Warrant Supervisor | **TYPE OF WARRANT** | |
| **FROM:** | Teresa Hoffman<br>United States Probation Officer | Probation | [ ] |
| | | Supervised Release | [ X ] |
| **OFFICE:** | Sacramento - HQ | Parole | [ ] |
| **PHONE NO.:** | (916) 930-4316 | Pretrial | [ ] |
| **DATE:** | February 2, 2006 | PHOTO AVAILABLE | [ ] YES  [ X ] NO |

IN CUSTODY NOW: [ X ] YES  [ ] NO;  WHERE: Arizona Detention Center

\*\*\*

---

**RE:** Efrain Padilla-Gutierrez

| | | | | |
|---|---|---|---|---|
| MALE [ X ] | FEMALE [ ] | RACE: White [ ]<br>Black [ ]<br>Other: [ ] | Hispanic [ X ] | Chinese [ ]<br>Indian [ ] |

DATE OF BIRTH: 05/26/65          PLACE OF BIRTH:   Zacatecas, Mexico

HT:  5 (ft.)          WT:  185 (lbs.)          EYES:  brown          HAIR:  black

\*\*\*(NOTE: This information required for NCIC)

---

**COMPLEXION:** unknown

**FBI #:** 211533WA2

**LOCAL POLICE #:** unknown

**DRUG USE:** Yes [ X ]  No [ ]

**SCARS, TATTOOS, DEFORMITIES, OTHER ID MARKS:** Tattoos on both arms & chest

**SOCIAL SECURITY NUMBER:** none ( has used 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)

**ALIASES:** Catarino Aguillar Losanno, Efrain Herrera-Gallegos

**LAST KNOWN OR CURRENT ADDRESS:**   Mexico

**LAST KNOWN OR CURRENT TELEPHONE NUMBER:**   n/a

**FORMER TELEPHONE NUMBERS.:**   n/a

**FORMER ADDRESSES AND DATES:**   n/a

**DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:**   8/19/1999, Marysville, CA, Distribution of Heroin, Deported Alien Found in the United States, NET-5, BNE Task Force

**DATE OF LAST KNOWN ARREST:**  1/29/2006          **PLACE:**   Sasabe, AZ

**NATURE OF ARREST:**          Border Patrol arrest for illegal entry into US after deportation.

RE: Efrain PADILLA-GUTIERREZ     Page 2 - Personal History of Absconder
Regiser Number: 11893-097

**VIOLENT HISTORY (Type):** none known

**DATE OF LAST FACE-TO-FACE CONTACT WITH PROBATION OFFICER:** n/a

**DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED?** YES [ ]  NO [X]

**NEXT KNOWN COURT APPEARANCE:** Date:   Location:   Type:

**KNOWN CODEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses):** n/a

**KNOWN FAMILY AND RELATIVES (name, relation, address, phone no.):** n/a

**OCCUPATION:** n/a     **DATE OF LAST EMPLOYMENT:** n/a

**LAST EMPLOYER AND ADDRESS:** n/a

**AUTOMOBILE, DESCRIBE; AUTO LICENSE NUMBER, IF KNOWN:** n/a     **STATE:** n/a

**OTHER RELATIVE INFORMATION:** n/a

**NAME AND TELEPHONE NUMBER OF PROBATION OFFICER:**
Teresa Hoffman (916) 930-4316

**NAME AND TELEPHONE NUMBER OF CHIEF PROBATION OFFICER OR SUPERVISOR:**
Karen Meusling, Supervisor, (916) 930-4321

tch